# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY YBARRA,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, Warden,<br><br>Respondent. | Case No. EDCV 11-1467 JHN (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Petitioner's Request to Hold Proceedings in Abeyance.

DATED: September 22, 2011

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE