# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY YBARRA, <br> Petitioner, <br> v. <br> DOMINGO URIBE, Warden, <br> Respondent. | Case No. EDCV 11-1467 JHN (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Petitioner's Request to Hold Proceedings in Abeyance.

DATED: September 22, 2011

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE